# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 MAR 19 P 3:39
CLERK OF COURT

(Full name of plaintiff(s))

Tyler J. Quinones

v.

(Full name of defendant(s))

Kettle Moraine Correctional Institution

Tracy Thompson

Case Number: 20-C-0429

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of **Wisconsin**, and is located at (State) **2909 East Park Avenue, Chippewa Falls, WI 54729** (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **Tracy Thompson** (Name) is (if a person or private corporation) a citizen of **Wisconsin**

Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Kettle Moraine Correctional Institution_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Kettle Moraine Correctional Institution Violated Mr. Quinones's rights and Tracy Thompson. They constantly neglected him reporting a Serious back injury and made him wait months for proper care. He feels nurse Tracy Thompson and KMCI staff had Deliberate Indifference about my serious medical need. This happened upon arrival at KMCI around March of 2019. This injury started while He was at KMCI and or around March 1st or April 1st of 2019. The Plaintiff Tyler Quinones was an inmate at Kettle Moraine Correctional Institution. Mr. Quinones notified HSU staff and Ms Thompson and HSU Management Somewhere around 100 times through

Complaint – 2

his stay at KMCI. Ms.Thompson ~~[struck]~~ claimed he was "Pain Seeking for medications" and treated him as a faker until finally on 10/24/19 he had an MRI of Spine done and showed his L4-L5 had prominent Disk Protrusion at the left central and subarticular zones and left L5 Nerve, which was the cause of pain and suffering he was going through. Mr. Quinones also requested review of his HSU pink file slips, which KMCI didn't have and wouldn't show him. Quinones seeks damages for the pain and suffering he underwent for ongoing months of his back Injury and pain due to the Neglegence, Deliberate Indifferance of KMCI and there Medical staff Tracy Thompson and others.

May 02nd, 2019, 2:59PM CDT

Complaint – 3

Case 2:20-cv-00429-NJ   Filed 03/19/20   Page 3 of 5   Document 1

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'm asking for a $500,000 monetary award and an order telling Kettle Moraine Correctional Institution to take inmates words and requests of what they're telling you more seriously. Also for them to not jump to any personal thought of a person based on their past or medical History.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES      ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __05th__ day of __March__ 20__20__.

Respectfully Submitted,

_____
Signature of Plaintiff

__636239__
Plaintiff's Prisoner ID Number

__(C.V.C.T.F.) 2909 East Park Avenue__

__Chippewa Falls, WI 54729__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑ **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.