UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**TYLER J. QUINONES,**
    Plaintiffs

v.

**APNP TRACY THOMPSON**, and **RN, JOANIE SULLIVAN**, and **MD DILIP TANNAN**, and **KIMBERLY BERZINSKI**, and **ANNE M. ZULEGER**, and **RN THOMAS POLAKOWSKI**, and **PT MELISSA RAMIREZ** and **WILLIAM MCCREEDY**

    Defendants.

Case No: 20-CV-429

## JOINT INTERIM SETTLEMENT REPORT

NOW COMES, Plaintiff, Tyler J. Quinones, by his attorneys, **GENDE LAW OFFICE, S.C.**, and respectfully advises this Court that settlement discussion(s) on March 24 & March 27, 2023, resulted in no offers from the defendants. However, Plaintiff Quinones and Defendant Polakowski agreed to mediate with an assigned Magistrate. Defendants Thompson and Zuleger are willing to mediate once the summary judgment process has been concluded.

Dated at Pewaukee, Wisconsin this 27th day of March, 2023.

    **GENDE LAW OFFICE, S.C.**
    Attorneys for Plaintiff

    By: _____
    James J. Gende II
    State Bar No. 1030921

**MAILING ADDRESS**:
N28W23000 Roundy Dr., Ste.200
Pewaukee, WI 53072
Telephone: (262) 970-8500
Facsimile: (262) 970-7100