UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**TYLER J. QUINONES,**

    Plaintiffs

v.

**APNP TRACY THOMPSON**, and **RN, JOANIE SULLIVAN**, and **MD DILIP TANNAN**, and **KIMBERLY BERZINSKI**, and **ANNE M. ZULEGER**, and **RN THOMAS POLAKOWSKI**, and **PT MELISSA RAMIREZ** and **WILLIAM MCCREEDY**

    Defendants.

Case No: 20-CV-429

## JOINT STIPULATION

NOW COMES the Plaintiff, Tyler J. Quinones, by his attorneys, **GENDE LAW OFFICE, S.C.**, and respectfully advises this Court that the defendants graciously agreed to a seven (7) day extension for response to their summary judgment motions due to plaintiff's counsel's mother passing away on April 29, 2023.

Dated at Pewaukee, Wisconsin this 1st day of May, 2023.

                **GENDE LAW OFFICE, S.C.**
                Attorneys for Plaintiff

        By:_____
                James J. Gende II
                State Bar No. 1030921

**MAILING ADDRESS**:
N28W23000 Roundy Dr., Ste.200
Pewaukee, WI  53072
Telephone:  (262) 970-8500
Facsimile:  (262) 970-7100

**WISCONSIN DEPARTMENT OF JUSTICE**
Attorney for Defendants Thompson and Zuleger

By: s/Michael A. Emer
    Michael A. Emer
    Assistant Attorney General
    State Bar No. 1056632

**MAILING ADDRESS**:
Post Office Box 7857
Madison, WI 53707
Telephone: (608) 266-3539
Facsimile: (608) 294-2907

**KOPKA PINKUS DOLIN P.C.**
Attorney for Defendant Polakowski

By: s/Paul J. Pytlik
    Paul J. Pytlik
    State Bar No. 1001127

**MAILING ADDRESS**:
N19W24200 Riverwood Dr,
Suite 140
Waukesha, WI 53188
Telephone: (414) 251-0314
Facsimile: (847) 549-9636