UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

TYLER J. QUINONES,

        Plaintiff,

vs.                                   Case No: 20-cv-0429

TRACY THOMPSON, et al.,

        Defendants.

---

**STIPULATION TO WAIVE TAXATION OF COSTS AND RIGHT TO APPEAL**

---

IT IS STIPULATED AND AGREED that the defendant Thomas Palokowski, hereby agrees to waive taxation of costs and will not seek any costs in this matter.

IT IS FURTHER STIPULATED AND AGREED that plaintiff, Tyler J. Quinones, hereby waives his right to appeal or otherwise dispute the judgment and dismissal entered by the Court on summary judgment.

GENDE LAW OFFICE
Attorneys for Plaintiff

Dated:    08/24/23            By:   */s/ James Gende, II*
                                         James Gende, II
                                       State Bar No. 1030921

KOPKA PINKUS DOLIN PC
Attorneys for Defendant, Thomas Polakowski

Dated:    8/25/23             By:   */s/ Paul J. Pytlik*
                                       Paul J. Pytlik
                                       State Bar No. 1001127